

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2017

No. 04-16-00359-CV

**PRIORITY TOWING, INC.**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-13-58
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

The appellee's second motion for extension of time to file brief is hereby GRANTED. Time is extended to January 25, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court